IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROSALIND BACON,

    Plaintiff,

v.

MICHAEL WHITAKER, *et al.*,

    Defendants.

CIVIL ACTION NO: 4:19-cv-308

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 23, 2020, Report and Recommendation, (doc. 8), to which Plaintiff has filed two objections, (docs. 9 & 10). In her objections, plaintiff seeks to amend her complaint "according to [42] U.S.C. [§] 12181(7) instead of sounding in negligence" and reiterates many of the facts previously pleaded, (docs. 9 & 10).

These objections do nothing to address the Court's concerns with her original complaint. First, plaintiff's desire to amend her complaint is nonsensical as the statutory section under which she wishes to reframe her argument provides only a definition for the term "public accommodation," not a cause of action. *See* 42 U.S.C. § 12181(7) Second, the plaintiff's reiteration of facts does not correct the deficiencies identified in the Magistrate Judge's Report and Recommendation, specifically that the identified parties are not subject to suit under Title II and Title III of the Americans with Disabilities Act and that plaintiff failed to actually allege a discriminatory act, (doc. 8). Instead, plaintiff seemingly attempted to bolster that she possesses a qualifying disability—a fact that the Court already accepted.

Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 8), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 24th day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA