AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROSALIND BACON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-308

MICHAEL WHITAKER, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 24, 2020, adopting the Report and Recommendation of the U.S. Magistrate as the opinion of this Court, judgment is entered dismissing Plaintiff's Complaint without Prejudice. This case stands closed.

Approved by: _____

April 29, 2020                                         John E. Triplett, Acting Clerk
Date                                                         Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03